EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2005

at ____ o'clock and ____ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>ROSS MASAAKI HAYASHI,<br><br>              Defendant. | CR. NO.   CR05 00286 SOM<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846 and 841] |

INDICTMENT

COUNT 1:

The Grand Jury charges:

From a time unknown up through and including on or about June 24, 2005, in the District of Hawaii and elsewhere, Defendant ROSS MASAAKI HAYASHI ("HAYASHI") knowingly and intentionally conspired with others known and unknown to the

Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, to wit, approximately 1,449 grams (gross weight), in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841 (b)(1)(A).

## OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1.  On or about June 24, 2005, HAYASHI accepted delivery of a FedEx parcel which he believed contained methamphetamine.

2.  On or about June 24, 2005, HAYASHI delivered the FedEx parcel to another individual.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 2:

The Grand Jury further charges:

On or about June 24, 2005, in the District of Hawaii, Defendant ROSS MASAAKI HAYASHI knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, to

2

wit, approximately 1,449 grams (gross weight), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

DATED: _____JUL 0 7_____, 2005 at Honolulu, Hawaii.


A TRUE BILL


/S/ _____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


_____
FLORENCE T. NAKAKUNI
Chief, Narcotics/Organized Crime
Section


_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


USA v. ROSS MASAAKI HAYASHI
Cr. No. _____
"Indictment"

3