# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/28/2005 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR05-00286JMS
CASE NAME: USA v. (01) Ross Masaaki Hayashi
ATTYS FOR PLA: Beverly Sameshima
ATTYS FOR DEFT: (01) Donna Gray for Alexander Silvert
INTERPRETER:

JUDGE: Kevin S. C. Chang       REPORTER: FTR C5

DATE: 12/28/2005              TIME: 10:42:47-10:44:35am

COURT ACTION: EP: Status Conference Re Entrance Into a Treatment Program as to defendant 01 - defendant present, not in custody.

Ms. Gray reported that defendant has been living with his mother and is in after care services and he has had no positive tests. Defendant is seeking entrance into a clean/sober house which may take another month to achieve. Defendant requests to reschedule this status conference with no objection from the government.

Further Status Conference Re Entrance Into a Treatment Program as to defendant 01 set 1/27/06 at 10:00am before Judge Kobayashi

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Ross Hayashi3,sa.wpd