# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00286JMS |
| CASE NAME: | USA vs. (01) ROSS MASAAKI HAYASHI |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | (01) Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/27/2006 | TIME: | 11:35-11:36 |

COURT ACTION:  EP: Further Status Conference Re: Entrance Into a Treatment Program - Defendant present, not in custody.

Defendant's current conditions of release to continue.

Submitted by: Warren N. Nakamura, Courtroom Manager